Original form provided free of charge by CDOC Legal Services to Inmate Johnson DOC #177601
Date: January 24, 2024.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -1 2024

JEFFREY P. COLWELL
CLERK

_Jabari J. Johnson_____, Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
__✓__ Yes ____ No

Geoffrey Calloway, Jenipher Jones,
Phillip Wieser, Michael Hegarty, Rachel Lieb, Elle Dimuro
Phillip Brimmer, Lambkins, Bailey, Davis, Jill Brady
Mountjoy, Buiita, Robert Sheborn, Stephanie Cragliano,
Hamilton-Wright, Barber, Mendoza,
Emmanuel, Peters, Schnurman, Gonzales-Morales
Puckett, Kotey, Reynolds, Morales, Abbey,
_____,
Ridenor, McAllister, Montez, Nda, Logan, Gillian Clark
Cipher, Diane Fergerson, Daniell Smith,
Sheree Book, Jason Allenbaumer,
_Mark Andries and Gareth_____, Defendant(s).
Christopher VanHall, James Mules, Laressa Gonzales, Zoe Johnson

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Defendants
4. Lambkins, LT
5. Bailey, LT
6. Davis, CO
7. Mountjoy, CO
8. Builta
9. Robert Shehorn, Captain
10. Hamilton-Wright
11. Barber, CO
12. Mendeza, CO
13. Emmanuel, CO
14. Peters, CO
15. Schnurman, CO
16. Gonzales-Morales
17. Puckett, CO
18. Kefey, CO
19. Reynolds, CO
20. Morales, CO
21. Abbey, CO
22. Ridenor, CO
23. McAllister, Sgt
24. Monlez, CO
25. Nita, Nurse
26. Logan, Nurse
27. Cipher, Nurse
28. Dianne Fergeson, Nurse
29. Daniell Smith, Nurse
30. Mark Andries, Nurse     Defendants 4-30 all addresses are the same
50 Evans Blvd., Canon City, Co. 81213 and are all being sued in their individual
capacity and all knowingly acted under color of law.

31. Phillip Wieser          35. James Mules
32. Rachel Lieb             36. Laressa Gonzales
33. Elle Dimuro             37. Zoe Johnson
34. Christopher VanHall     Defendants 31-31 all addresses are the same
1300 Broadway, Denver, Co. 80203 and are all being sued in their individual
capacity and all knowingly acted under color of law.

38. Phillip Brimmer
39. Michael Hegarty         38-39 Defendants addresses are the same
901-19th st Rm A105, Denver, Co. 80294 and are being sued in their individual
capacity and all knowingly acted under color of law.

40 Jenipher Jones, Attorney, 110 16th st. ste. 1400#1000, Denver, Co. 80202
41 Jill Brady, Judge, 270 S. Tejon St. Colorado Springs, Co. 80903 and
42 Stephanie Gagliano, Judge 110 N. Riverview Rd. Sterling, Co. 80751

Original form provided free of charge by CDOC Legal Services to Inmate Johnson DOC #177601
Date: January 24, 2024.

Defendant 2:  *Sheree Book, Nurse, 50 Evans Blvd, Canon City, Co, 81215*
  (Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ✓ Yes ___ No (*check one*).  Briefly explain:

*Sheree Knowingly acted Under the Color of law*

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3:  *Jason Altenbaumer, Nurse, 50 Evans Blvd, Canon City, Co,*
  (Name, job title, and complete mailing address)
  *81215*

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ✓ Yes ___ No (*check one*).  Briefly explain:

*Jason Knowingly acted under the color of law*

Defendant 3 is being sued in his/her ✓ individual and/or ___ official capacity.

## C.  JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓  State/Local Official (42 U.S.C. § 1983)

✓  Federal Official

As to the federal official, are you seeking:

✓ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

✓ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

____  Other: (*please identify*) _____

Original form provided free of charge by CDOC Legal Services to Inmate Johnson DOC #177601
Date: January 24, 2024.

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jabari J. Johnson, #177601, 50 Evans Blvd, Canon City, Co, 81215
(Name, prisoner identification number, and complete mailing address)

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
__✓__   Convicted and sentenced state prisoner
____    Convicted and sentenced federal prisoner
____    Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Geoffrey Calloway, 50 Evans Blvd, Canon City, Co, 81215,
(Name, job title, and complete mailing address)

XISA

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓__ Yes ___ No (*check one*). Briefly explain:

Geoffry Knowingly acted under the color of law

Defendant 1 is being sued in his/her __✓__ individual and/or ___ official capacity.

2

Original form provided free of charge by CDOC Legal Services to Inmate Johnson DOC #177601

Date: January 24, 2024.

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

Claim 7 Liberty Clause   Claim 8 Due Process Clause

CLAIM ONE: Cruel And Unusual Punishment Claim 2 Deliberate Indifference
Claim 3 Retaliation For Speech Claim 4 Americans With Disabilities Rehab Act
Claim 5 Equal Protection Clause Claim 6 Confrontation Clause

Claim one is asserted against these Defendant(s): On 10/18/23 Attorney General Phillip Weiser intentionally deprived Jabari J. Johnson of a deposition hearing failing to provide a wheelchair or restraint chair so that the Plaintiff was unable to attend. Afterwards attorneys Christopher van ball, James miller, Laressa Gonzales, Zoe Johnson, Rachel Lieb, and Elle dimun filed a motion to Dismiss, in which they have full knowledge of

Supporting facts: Plaintiffs need of a wheelchair due to numerous medical treatment records indicating the need. On 12/11/23 CSP shook down, Plaintiff was sent to recieving in a restraint chair. On 12/22/23 CSP transported Jabari J. Johnson to SCF for criminal case 23CR50. On 12/27/23 Attorney Paul Wiese notified Judge Robert Lowenbach, of Jabari Johnson's need of a wheelchair to attend court etc., and to meet with attorney. Judge Robert Lowenbach asked Attorney Paul Wiese have he seen the documents stating the plaintiff needs a wheelchair. Attorney Paul Wiese, states yes, and the medical records indicate Plaintiff does need a wheelchair.

On 12/29/23 Plaintiff was placed in a restraintchair/wheelchair van then brought back to CSP. Plaintiff arrived back at CSP on 12/29/23. Plaintiff was brought back to the Unit in a restraint chair.

Plaintiff found out that Capt Robert Sheborn put in place that no individuals could no longer possess the Phone in their cells unless on lockdown. Sheborn put his memo in effect on 12/27/23 the same day Plaintiff was granted a wheelchair order. Plaintiff has had safety issues with inability to come out of his cell. Sheborn knows it and told the Plaintiff he cannot have the Phone as the AR states is allowed, because the Plaintiff is on self lockdown indicating the Plaintiff has to be assisted by inmates to use the Phone.

From 12/29/23 to current date Plaintiff called numerous medical emergencys regarding chest pains, asthma attack and siezures. Lambkins, Bailey, Davis, Mountjoy, Buitta, Hamilton-wright, Barber, Mendoza Emmanuel, Peters, Shurman, Gonzales-Morales, Puckett, Kotey, Reynolds, Kotey, Morales, Abbey, Ridenor, McAllister, Montez, Nita, Logan, Cipher, Diane Fergerson, Daniell Smith, Sheree Book, Jason Attenbaumer, Mark Andries, Geoffrey Calloway failed to get failing to provide EKG machines failing to provide adequate accommodations of wheelchair, even refused to provide restraint chair. The staff only provides a restraint chair when its convient, yet if its not they wont provide it. When Plaintiff requests to see a Dr, or is scheduled a Dr visit they refuse to provide it. which has occured for 6 years depriving wheelchair and restraint chair for a deposition hearing see case 20-cv-00459-PAB-MEH and or evidentiary hearing see case 15-cr-2337

Judge Michael Hegarty and Phillip Brimmer has seen numerous wheelchair orders, even has seen declarations by many of Plaintiffs previous lawyers stating Plaintiff needs a wheelchair yet their intent is to deny fair Proceedings to have this case dismissed because the defendants cant win this case. due to the abundance of evidence that I have against them, so the Judges devised a plan to not bring the plaintiff to his deposition hearing hearing, for case 20-cv-00459-PAB-MEH, however, any other time for 6 years whenever staff wanted me to move or go to court or to the hole they brought the restraint chair, both Judges

4

have full Knowledge its happened for status conferences in case 20-cv-00459-PAB-MEH where a restraint chair was provided to attend. Plaintiff filed a motion requesting to reschedule the deposition hearing due to Robert Lowenbach's wheelchair order. Nonetheless Hegarty states he would have the defendants to state if anything has changed regarding a wheelchair order for Plaintiff to attend court. Hegarty has full knowledge of the order he's a Judge he can see it. Yet Hegarty's intent is to allow the defendants to lie so that he could grant their motion. Hegarty has not allowed Plaintiff to respond to motions, indicating that even if Plaintiff does it would not matter. This Judge is severly bias. The Judge dismissed the case 20-cv-00459-PAB-MEH in 2020 for Plaintiff needing a wheelchair. plaintiff is still not provided a wheelchair and its 2024. In 2023 Judges Tymkovich, Phillips, and Seymour stated in the appellate case 21-1371. that the Plaintiff is unable to walk and has injuries which hinder it remanding the case back to district court because the judges Hegarty and Brimmer unlawfully dismissed case 20-cv-00459-PAB-MEH. Plaintiff requested to recuse them on numerous occasions once the case was sent back to district court 2/2/23 because plaintiff knew their intentions where to get the case dismissed again.

Plaintiff was given an ineffective attorney Jenipher Jones she attempted to try to destroy the case she refused to file a supplemental complaint or any motion on his behalf. the Judge also stated Plaintiff could not file any motions because he had an attorney. Jones stated she would not file any motions because she's only my attorney for summary judgement. Plaintiff stated under summary Judgement you are required to file an Amended / supplemental complaint if needed. She refused. She refused, she was more worried about trying to get my medical records, when I had already given her medical records she needed. however she wanted the medical records to discuss my wheelchair situation which wasn't apart of the case. She was sought out by Hegarty to SPY not help me. The government cant beat me fairly so they tried to have Jones get my medical records to lie and say I dont need a wheelchair. I saw their play and didn't allow her play to go in effect. Jones continued with illicit acts not answering the phone etc. She then eventually requested to withdraw because all of her actions to Sabatoge my case I saw right through. Hegarty also didn't allow me to respond Jones motion to withdraw. So since that Plan CDOC, Hegarty, Brimmer, and Phillip Wieser didn't work, they then came with the Just dont bring Jabari to the deposition hearing on 10/18/23, Yet now plaintiff is given a wheelchair order for court and Hegarty plays stupid again. The Plaintiff is discriminated against due to disability and retaliated against because of disability by CDOC, the ACs, Micheal Hegarty and Brimmer Conspiring against me which has occured for 6 years as plaintiff suffers, from a conversion disorder.

In case 15-CR-2331 Judge Jill Brady refuse to grant a conflict hearing for the ineffective Investigator who doesn't answer the phone and pretends as if she cant find witnesses Danielle Fouther. Wont serve Morgan Crockett at her court date in Larimier County, pretend like she cant find sarah Bennett, when the DA has Sarah's address which Plaintiff Provided to the court. The Investigator Gillian clark stated not to call her until the Judge grants funds, yet the Judge granted $500 on top of $1000 she was given in which she didn't do anything to need additional funds then had the nerve to ask the Judge could she hire someone to serve the witnesses. The entire time Plaintiff would ask her did she serve the witnesses she wouldn't respond. She never stated she did not have anyone to serve witnesses until she wrote the court on 1/5/24, she's been my investigator since 10/13/23. What makes matters worst is that the Plaintiff requested an out of state investigator to find Adrian Garrett who is an essential witness in the case in which she lives in Houston. Initially the Judge Brady denied the motion Until I researched that Brady has to provide the assistance Under the Uniform Act and Colo. Rev. Stat. 16-9-201 states she's required to do. Stephanie Gagliano and the Clerk of Court of Logan County, play games refusing to allow me to sue the C.O.S of Sterling. The staff who have tried to kill me starting with Jeff Long or sueing Vickie Nira denying me of my wheelchair or sueing Albrandt and Gretty for spraying me with a chemical agent attempting to kill me. They wont process the lawsuits also refusing to Provide the civil caption forms. The evidence is in plaintiffs possession.

Original form provided free of charge by CDOC Legal Services to Inmate Johnson DOC #177601
Date: January 24, 2024.

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

2 million from each defendant for punitive and compensatory damages each. in their individual capacity

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

1/29/24
_____
(Date)

(Revised November 2022)

6

Jabari J. Johnson #177601
50 Evans Blvd.
Canon City, Co. 81215



Clerk of Court
901-19th St Rm A105
Denver, Co, 80294

1/29/24 Legal Mail

Mr. Jabari J. Johnson
#177601
Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215